■ In the Matter of CHARLES E. SMITH, an Attorney. — Motion to vacate interim order of suspension and to abate proceeding by reason of respondent's death, granted only insofar as to abate the proceeding. Concur — Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.

■ In the Matter of RAYMOND M. ARIOLA. — Motion granted only to the extent of restoring the name of respondent to the roll of attorneys and counselors at law and he is reinstated as a member of the Bar and admitted to practice in all the courts of this State effective September 25, 1984. Concur — Kupferman, J. P., Sullivan, Ross, Bloom and Alexander, JJ.

■ In the Matter of MYRON M. SPARBER. — Motion for reinstatement and cross motion for a reference of this matter denied. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Milonas, JJ.